UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDRE MURPHY, et al., | Case No. 2:25-cv-02995-DAD-CSK |
|---|---|
| Plaintiffs, | |
| v. | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO PROCEED IFP |
| AQUA FINANCE, et al., | |
| Defendants. | (ECF No. 2) |

This action is brought by Plaintiffs Andre Murphy and Murphybey Trust in pro se.[1] Plaintiff Andre Murphy seeks leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.) For the reasons stated below, the Court DENIES Plaintiff Murphy's request to proceed IFP without prejudice.

I. **LEGAL STANDARDS**

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v.*

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

1  *Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). To qualify to proceed in forma pauperis, the
2  litigant must submit an affidavit that includes a statement of all assets they possess.
3  28 U.S.C. § 1915(a)(1). The affidavit must also state that the person is unable to pay the
4  fees or give security. *Id*. The affidavit must provide "sufficient details concerning [the
5  applicant's] income, assets, and expenditures[.]" *Williams v. Cnty. of Ventura*, 443 F.
6  App'x 232, 233 (9th Cir. 2011) (citing *United States v. McQuade*, 647 F.2d 938, 940 (9th
7  Cir. 1981) (an affidavit claiming poverty in support of a motion made under
8  28 U.S.C. § 1915 must state the relevant facts "with some particularity, definiteness, and
9  certainty").

## II.     DISCUSSION

### A.     Plaintiff Murphy's IFP Application

Plaintiff Murphy's IFP application indicates he receives a gross pay of $1,200 a month and a take-home pay of $250 a week. ECF No. 2 ¶ 2. However, Plaintiff Murphy has failed to disclose whether he has received other income during the past 12 months, what his assets and liabilities are, and any other monthly expenses. *Id*. ¶¶ 3, 5, 6, 8. Because of these omissions, Plaintiff Murphy's IFP application lacks sufficient detail to establish that he is entitled to prosecute this case without paying the required fees. *See Williams*, 443 F. App'x at 233; *see also* 28 U.S.C. § 1915(a)(1). Plaintiff Murphy will be provided an opportunity to file an amended IFP application. Therefore, Plaintiff Murphy's request to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice to its renewal. Plaintiff Murphy is warned that failure to pay the filing fee or submit a complete IFP application with sufficient detail by the prescribed deadline may result in a recommendation that this action be dismissed.

### B.     Pro Se Party Cannot Represent a Legal Entity

Plaintiff Murphybey Trust is a legal entity, and as such, must be represented by an attorney and may not appear in this action without counsel. *See* E.D. Cal. Local Rule 183(a) ("A corporation or other entity may appear only by an attorney."); *see also Caveman Foods, LLC v. jAnn Payne's Caveman Foods, LLC*, 2015 WL 6736801, at *2

2

(E.D. Cal. Nov. 4, 2015)("While individuals may appear in propria persona, corporations and other entities may appear only through an attorney; an unrepresented entity cannot file any pleadings, make or oppose any motions, or present any evidence to contest liability."). Plaintiff Murphybey Trust is granted thirty (30) days from the date of this order to retain counsel. Counsel must promptly file a notice of appearance in this action, no later than thirty-five (35) days from the date of this order.

### III.     CONCLUSION

In accordance with the above, IT IS ORDERED that:

1. Plaintiff Murphy's request to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;
2. Plaintiff Murphy must pay the filing fee or file a complete and signed application to proceed IFP within thirty (30) days from the date of this order; and
3. Plaintiff Murphybey Trust is granted thirty (30) days from the date of this order to retain counsel. Counsel must promptly file a notice of appearance in this action, no later than thirty-five (35) days from the date of this order.

Dated: January 7, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, murp2995.25