UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE MURPHY, et al.,

Plaintiffs,

v.

AQUA FINANCE, et al.,

Defendants.

Case No. 2:25-cv-02995-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on October 16, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On February 24, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing, within fourteen (14) days, why this action should not be dismissed due to failure to prosecute and failure to respond to court orders. (Doc. No. 4.) Although served with that order to show cause, plaintiff did not respond within the time provided nor did plaintiff file anything else with the court. Therefore, on March 19, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) Plaintiff has

not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 5) are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without prejudice due to plaintiff's failure to prosecute and failure to respond to court orders; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE